THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONIK D ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RANDY LACROIX GIBSON ET AL.,<br><br>　　　　　Defendant. | CASE NO. C23-1384-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for a ten-day extension of time to file an objection to Defendant's motion to dismiss. (Dkt. No. 15.) Despite nearly a month lapsing since Plaintiff filed its motion for an extension of time, Plaintiff has failed to respond to Defendant's motion to dismiss. Though Plaintiff has not acted diligently, this Court will GRANT Plaintiff's motion and will rule on the merits of the motions to dismiss accordingly. The parties are INSTRUCTED to observe the following schedule:

| | |
|---|---|
| Plaintiff's response | December 14, 2023 |
| Defendant's reply | December 29, 2023 |

DATED this 30th day of November 2023.

Ravi Subramanian

Clerk of Court

s/Samantha Spraker

Deputy Clerk
